# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH LEE PRICE, | Case No.: 1:10-cv-02072-SKO |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Judith Lee Price ("Plaintiff") filed a complaint against the Commissioner of Social Security ("Defendant") on November 4, 2010. Pursuant to the scheduling order issued on November 8, 2010, Defendant served the Social Security Administrative Transcript on Plaintiff on July 25, 2011. (Docs. 7, 12.)

Following service of the Administrative Transcript and pursuant to the scheduling order, Plaintiff was required to serve on Defendant a confidential letter brief outlining the reasons why Plaintiff believes that remand is warranted. Plaintiff's confidential letter brief was to be served on Defendant within 30 days from the date of service of the transcript, i.e., on or before August 29, 2011.[1]

---

[1] This date reflects application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d).

On September 27, 2011, the Defendant filed a Notice of Non-Receipt of Plaintiff's Confidential Letter Requesting Remand. (Doc. 13.) Defendant indicates that Plaintiff's confidential letter brief has not been received, despite the fact that Defendant's counsel contacted Plaintiff's counsel through email and voice mail. (Doc. 13, 2:6-8.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall **either**:

    A. SHOW CAUSE, by filing a written statement, as to why she should not be subject to sanctions, including dismissal of the action, for failure to comply with the Court's scheduling order; **or**

    B. Serve Defendant with the confidential letter brief **on or before October 7, 2011** and file notice of Proof of Service with the Court by that date; and

2. Defendant shall file a status report **on or before October 12, 2011,** informing the Court whether the confidential letter brief was served and the date on which that service was accomplished.

IT IS SO ORDERED.

**Dated:   September 28, 2011**                /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE